B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

Southern District of Ohio

In re: Joshua G. Burns and Erin R. Burns            , Case No. 3:17-bk-31377

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| KHEAA | NAVIENT FEDERAL LOAN TRUST C/O NAVIENT SOLUTIONS LLC |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
KHEAA
PO BOX 798 Frankfort, KY 40602-0798
Frankfort, KY 40602-0798

Court Claim # (if known): 3
Amount of Claim: $42,553.35
Date Claim Filed: 05/26/2017

Phone: 502-696-7308
Last Four Digits of Acct #: 2303

Phone: 570-821-3600
Last Four Digits of Acct. #: 2303

Name and Address where transferee payments should be sent (if different from above):

Phone: N/A
Last Four Digits of Acct #:

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Melissa F. Justice            Date: 06/19/2017
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.