Form a0asgncl

**United States Bankruptcy Court**
**Southern District of Ohio**
**120 West Third Street**
**Dayton, OH 45402−1819**

---

In Re:  Joshua G. Burns
       Erin R. Burns
          Debtor(s)
SSN/TAX ID:
    xxx−xx−5331
    xxx−xx−2303

Case No.: 3:17−bk−31377

Chapter: 13

Judge:  Guy R Humphrey

---

### NOTICE OF FILING TRANSFERRED OR ASSIGNED PROOF(S) OF CLAIM

A transfer/assignment of claim(s) was filed in the above proceeding by KHEAA for the transfer of a claim originally filed by NAVIENT FEDERAL LOAN TRUST C/O NAVIENT SOLUTIONS LLC.

The transfer/assignment designates NAVIENT FEDERAL LOAN TRUST C/O NAVIENT SOLUTIONS LLC as the transferor and KHEAA as the transferee.

Notice is given that:

The deadline to file a written objection to the transfer/assignment of the proof(s) of claim is July 11, 2017. If no objection is filed, the transferee shall be substituted for the transferor in accordance with Bankruptcy Rule 3001(e)(2).

Dated: June 20, 2017

                                FOR THE COURT:
                                Kenneth Jordan
                                Clerk, U.S. Bankruptcy Court